IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHRISTOPHE JORCIN; CJOG OPERATING COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CJOG AUTO OPERATING COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY (ALL D/B/A OLYMPUS GARDENS AND/OR OG TOPLESS CABARET AND/OR OG GENTLEMEN'S CLUB AND/OR OG LAS VEGAS), Appellants, vs. STACIE ALLEN; AND JANE DOE DANCER I-IV, INDIVIDUALLY, AND ON BEHALF OF CLASS OF SIMILARLY SITUATED INDIVIDUALS, Respondents. | No. 79637 FILED JUN 1 5 2020 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

This is an appeal from a district court order entering judgment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court previously ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, appellants concede that claims remain pending in the district court and withdraw their appeal. The withdrawal is treated as a motion to voluntarily dismiss this appeal and granted. NRAP 42(b). This appeal is dismissed.

It is so ORDERED.

_____, C.J.
Pickering

cc:     Hon. Joseph Hardy, Jr., District Judge
Stephen E. Haberfeld, Settlement Judge
Brandon L. Phillips, Attorney At Law, PLLC
Bighorn Law/Las Vegas
Eighth District Court Clerk